21165. WAGE EARNERS REAL ESTATE COMPANY v. GAULDEN.

STEPHENS, J. Where a counter-affidavit filed by the defendant to a mortgage foreclosure in a justice's court is dismissed for insufficiency, in that it sets up no defense to the foreclosure, but constitutes a claim of title to the property, filed by the defendant himself, an appeal is not the defendant's remedy. *Maddox* v. *Witte*, 100 *Ga.* 316 (27 S. E. 163). See also *Howell* v. *Allen*, 106 *Ga.* 16 (31 S. E. 759) ; *Toole* v. *Edmondson*, 104 *Ga.* 776, 784 (8), 785 (31 S. E. 25) ; *Humphries* v. *Blalock*, 100 *Ga.* 404 (28 S. E. 165) ; *Rogers* v. *Bennett*, 78 *Ga.* 707 (3 S. E. 660) ; *Small* v. *Sparks*, 69 *Ga.* 745. Upon an appeal from such judgment, to the superior court, the defendant could not there, by an amendment, set up a defense to the mortgage foreclosure, and the judge of the superior court did not err in disallowing such amendment and in dismissing the appeal.

Judgment affirmed. *Jenkins, P. J., and Bell, J., concur.*

DECIDED AUGUST 27, 1931.

*W. H. H. Jones, Sam F. Garlington,* for plaintiff in error.
*Paul T. Chance,* contra.